# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:23-cr-00228-ALM-BD** |
| | § | |
| **BIAK HNIN THANG** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 40 (sealed).

### PROCEDURAL HISTORY

On November 12, 2024, Chief United States District Judge Amos L. Mazzant, III, sentenced defendant Biak Hnin Thang to time served followed by three years of supervised release. Dkt. 33. Thang's term of supervised release commenced on November 12, 2024. Dkt. 40 (sealed).

In January 2026, a probation officer petitioned the court for a warrant, alleging that Thang had violated multiple conditions of his supervised release. *Id.* The petition alleged that Thang had violated conditions that required him to refrain from committing any federal, state, or local crime; to refrain from any unlawful use of a controlled substance; to participate in a program of testing and treatment for substance abuse; to report to the probation officer as instructed; to answer truthfully to questions asked by his probation officer; and to work full time at lawful employment. *Id.*

A final revocation hearing was held before me on May 18, 2026. Thang pleaded true to allegations one through six. Minute Entry for May 18, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 50. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Thang's supervised release be revoked based on allegations one through six in the petition for revocation of his supervised release, Dkt. 40 (sealed); and (2) Thang be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 9 months, to run consecutively to any other term of imprisonment, with no term of supervised release to follow.

So ORDERED and SIGNED this 2nd day of June, 2026.

_____
Don Bush
United States Magistrate Judge