# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

UNITED STATES OF AMERICA

v.

BIAK HNIN THANG

§
§
§
§ CRIMINAL NO. 4:23-CR-00228-ALM-BD
§
§
§

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #51) that based on allegations one through six of the petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months, to run consecutively to any other term of imprisonment, with no term of supervised release to follow.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #50), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months, to run consecutively to any other term of imprisonment, with no term of supervised release to follow.

**SIGNED this 10th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE